## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR THOMPSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2748** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 20th day of May, 2026, upon consideration of Plaintiff Arthur

Thompson's *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1.      The Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous,

pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons given in the Court's Memorandum.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, J.**